Form 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. PAUL CUNI

FILED

Docket No. 3:03CR259(SRU)

2005 DEC 15 P 1: 07

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Jacqueline Carroll, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Paul Cuni, who was sentenced to 21 months imprisonment for a violation of 18 U.S.C. § 2252(a)(4)(B) by the Honorable Stefan R. Underhill, sitting in the court in Bridgeport, Connecticut, on May 26, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: (1) The defendant shall participate in a mental health program, which is approved by the U.S. Probation Officer, specifically related to sexual offender therapy. The defendant shall abide by the policies and procedures of the sex offender program, including periodic and random polygraph examinations; (2) The defendant shall follow all applicable State sex offender registration requirements; (3) The defendant shall submit to the probation officer and/or probation service representative conducting periodic unannounced examinations of the defendant's computer equipment, which may include retrieval and copying of all data from the computer and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purposes of conducting a more thorough inspection, and allow at the direction of the probation officer installation on the defendant's computer, at the defendant's expense, any hardware or software systems to monitor the defendant's computer use; (4) The defendant is prohibited from possessing pornographic materials; (5) The defendant shall submit his person, residence, vehicle, or any other area over which he exercises control to a search conducted by a United States Probation Officer, at a reasonable time and in a reasonable manner, without prior notice or search warrant, to determine id the defendant is in compliance with the condition of supervision which prohibits his possession of pornographic materials. Refusal to submit to such search is a violation of the conditions of supervision. The defendant shall warn anyone with whom he shares a residence that the premises may be subject to searches pursuant to this condition; and (6) The defendant shall not have contact with children under the age of 18 without prior written permission of the probation office, and shall not loiter or congregate in areas where children may congregate. The defendant shall report any unauthorized contact immediately to the probation officer.

Mr. Cuni is scheduled to begin the three year supervised release term on December 28, 2005, in the District of Nevada, upon his release from the custody of the Bureau of Prisons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:** Mr. Cuni has agreed to the addition of a special condition of supervised release, therefore, we are **PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

"You shall not possess or use a computer with access to any online computer service at any location, including employment, without the prior written approval of the probation officer. This includes any internet service provider, bulletin board, or any public or private computer network."

The attorney for the defendant has been notified and concurs. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this  2nd  day of December, 2005 and ordered filed and made a part of the records in the above case.

_____
Stefan R. Underhill
United States District Judge

Respectfully Submitted,

_____
Jacqueline Carroll
United States Probation Officer

Place:  New Haven, Connecticut

Date:  December 1, 2005