Form 12B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. PAUL CUNI                              Docket No. 3:03CR00259(SRU)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Jacqueline Carroll, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Paul Cuni who was sentenced to twenty-one months' imprisonment with three years' supervised release to follow, for a violation of 18 U.S.C. § 2252(a)(4)(B) by the Honorable Stefan R. Underhill, U.S. District Judge, sitting in the court in Bridgeport, Connecticut, on May 26, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: SEE ATTACHED

Paul Cuni began supervision on December 28, 2006.



**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
Mr. Cuni has agreed to a modification of the special conditions of supervised release as reflected in the attached Probation Form 49, Waiver of a Hearing to Modify Conditions of Supervised Release.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

Home Confinement with Electronic Monitoring - You shall be confined to home confinement with electronic monitoring, if available, for a period of 30 days. You shall pay 100% of the costs of the electronic monitoring services. Is appropriate. A signed Waiver of Hearing to Modify Conditions is attached.

| ORDER OF COURT | Respectfully Submitted, |
|---|---|
| Considered and ordered this /6th day of Feb. 2007 and ordered filed and made a part of the records in the above case. | Jacqueline Carroll<br>United States Probation Officer |
| The Honorable Stefan R. Underhill<br>United States District Judge | Place: Bridgeport, Connecticut<br>Date: February 16, 2007 |

CUNI, Paul
Dkt. No. 3:03CR00259(SRU)

## ATTACHMENT

1. The defendant shall participate in a mental health program, which is approved by the U.S. Probation Officer, specifically related to sexual offender therapy. The defendant shall abide by the policies and procedures of the sex offender program, including periodic and random polygraph examinations.

2. The defendant shall follow all applicable State sex offender registration requirements.

3. The defendant shall submit to the probation officer and/or probation service representative conducting periodic unannounced examinations of the defendant's computer equipment, which may include retrieval and copying of all data from the computer and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purposes of conducting a more through inspection, and allow at the direction of the probation officer installation on the defendant's computer, at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

4. The defendant is prohibited from possessing pornographic materials.

5. The defendant shall submit his person, residence, vehicle, or any other area over which he exercises control to a search conducted by a United States Probation Officer, at a reasonable time and in a reasonable manner, without prior notice or search warrant to determine if the defendant is in compliance with the condition of supervision which prohibits his possession of pornographic materials. Refusal to submit to such search is a violation of the conditions of supervision. The defendant shall warn anyone with whom he shares a residence that the premises may be subject to searches pursuant to this condition.

6. The defendant shall not have contact with children under the age of 18 without prior written permission of the probation office, and shall not loiter or congregate in areas where children may congregate. The defendant shall report any unauthorized contact immediately to the probation officer.

7. The defendant shall pay a $5,000 fine, without interest. Any unpaid balance of the fine shall be paid at a monthly rate of $200 during the term of Supervised Release.

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Connecticut

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Home Confinement with Electronic Monitoring** - You shall be confined to home confinement with electronic monitoring, if available, for a period of 30 days. You shall pay 100% of the costs of electronic monitoring services.

Witness _____  Signed _____
U.S. Probation Officer                               Probationer or Supervised Releasee

January 10, 2007
Date