| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:03CR00259(SRU) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:07-cr-00061-RCJ-LRL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul Cuni<br>45 Fallen Tree Court<br>Henderson, Nevada 89014 | CONNECTICUT | NEW HAVEN |
| | NAME OF SENTENCING JUDGE | |
| | Stefan R. Underhill, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/28/2005 — TO 12/27/2008 |

**OFFENSE**

18 U.S.C. 2252(a)(4)(B)

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/16/07
Date                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 23, 2007.
                                                        R. James
Effective Date                                          United States District Judge

I hereby attest and certify on 26 MAR 07
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By Molly Morrison